IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CHARLOTTE JENNIFER HIBLER<br>xxx-xx-7466<br>1059 QUARRY ROAD<br>MOUNT JULIET, TN 37122<br><br>     DEBTOR. | CASE NO. 17-01555-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:  9/20/19**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:  10/8/19**, **9:00 A.M.**,
**COURTROOM ONE, 701 BROADWAY, NASHVILLE, TN 37203**

### NOTICE OF TRUSTEE'S MOTION TO EMPLOY AN ATTORNEY
### TO CONDUCT A TITLE SEARCH AND REAL ESTATE CLOSING

John C. McLemore, Trustee, has asked the Court for the following:

Permission of the Court to approve the attached Motion to Employ an Attorney to Conduct a Title Search and Real Estate Closing.

**YOUR RIGHTS MAY BE AFFECTED**.  If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before 9/20/19, you or your attorney must:

1. File with the Court your response or objection explaining your position. **PLEASE NOTE:  THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING.  ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY.  TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT:  https://ecf.tnmb.uscourts.gov.**

   If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584.  You may also visit the Bankruptcy Court in person at:  U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, Tennessee (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is 9/20/19 the date of the scheduled hearing is 10/8/19 and the motion to which you are responding is** *Motion to Employ Attorney.*

3. You must serve your response or objection by electronic service through the Electronic Filing system described above.  You must also mail a copy of your response or objection to:

   | | |
   |---|---|
   | John C. McLemore, Trustee<br>2000 Richard Jones Rd., Ste. 250<br>Nashville, TN 37215 | United States Trustee<br>701 Broadway, Customs House Suite 318<br>Nashville, TN 37203 |

   If a timely response is filed before the deadline stated above, the hearing will be held at the time and place indicated above.  ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE***.  You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at www.tnmb.uscourts.gov .

   If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

   This 30th day of August, 2019.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN  37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>CHARLOTTE JENNIFER HIBLER<br>xxx-xx-7466<br>1059 QUARRY ROAD<br>MOUNT JULIET, TN 37122<br><br>    DEBTOR. | CASE NO. 17-01555-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

**TRUSTEE'S MOTION TO EMPLOY AN ATTORNEY**
**TO CONDUCT A TITLE SEARCH AND REAL ESTATE CLOSING**

Comes the Trustee, John C. McLemore, and respectfully requests permission of the Court to employ the following attorney to serve as attorney for the Trustee for the express purpose of conducting a real estate title search and sale closing:

Mudter, Patterson & Cox PLLC
First Title & Escrow Company, Inc.
3811 Bedford Avenue, Suite 205
Nashville, TN 37215

In support of this application the Trustee says:

1. He has been appointed Trustee in the above-styled matter, is duly qualified and acting.

2. The Trustee is in the process of selling the following real property owned by the debtors:

    House and 2.11 acres at 1059 Quarry Road, Mount Juliet, Wilson County, TN
     (Map 055, Parcel 057.01)

3. Before the sale is held it will be necessary for the Trustee to conduct a real estate title search to determine what liens, if any, may be on this property.

4. Counsel whose appointment the Trustee seeks is familiar with the Register's Office of the county in which the property is located and can more efficiently conduct a title search in this county than can the Trustee or a Nashville attorney.

5. The professional service to be rendered will be limited to conducting a title search, deed preparation and sale closing.

6. Counsel will be compensated on an hourly basis ($250.00 per hour). They will present to the Court an itemized statement of time and expenses, and request approval of their fee and expenses before any payment will be made.

7. Counsel is disinterested within the meaning of 11 U.S.C. 101(13).

**WHEREFORE**, the Trustee prays that he be authorized to employ Mudter, Patterson & Cox PLLC to assist him in the limited manner described in this application.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN  37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| IN RE:<br><br>CHARLOTTE JENNIFER HIBLER<br>xxx-xx-7466<br>1059 QUARRY ROAD<br>MOUNT JULIET, TN 37122<br><br>    DEBTOR. | CASE NO. 17-01555-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |
|---|---|

## OATH

I, **George E. Mudter, Jr.,** hereby verify under penalty of perjury, that the statements contained in the foregoing application are true and correct to the best of my knowledge, information and belief, and that I, nor the members of the firm of Mudter, Patterson & Cox PLLC, have any connection with the debtor, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

Dated this 30th day of August, 2019.

                                        **MUDTER, PATTERSON & COX PLLC**

                                        George E. Mudter, Jr., Tn. Bar No. 2832
                                        First Title & Escrow Company, Inc.
                                        3811 Bedford Avenue, Suite 205
                                        Nashville, TN 37215
                                        (615) 383-4429 (phone)
                                        (615) 383-2605 (fax)
                                        gem@mudter.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>CHARLOTTE JENNIFER HIBLER<br>xxx-xx-7466<br>1059 QUARRY ROAD<br>MOUNT JULIET, TN 37122<br><br>　　　DEBTOR. | CASE NO. 17-01555-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

### ORDER TO EMPLOY AN ATTORNEY
### TO CONDUCT A TITLE SEARCH AND REAL ESTATE CLOSING

　　The Trustee has filed an application seeking the Court's approval as required by 11 U.S.C. 327 of his employment of the following counsel to represent and assist him by conducting a real estate title search, preparing a deed or deeds and closing a real estate sale:

　　　　Mudter, Patterson & Cox PLLC
　　　　First Title & Escrow Company, Inc.
　　　　3811 Bedford Avenue, Suite 205
　　　　Nashville, TN 37215

　　The application in question sets forth the basis on which the Trustee seeks to employ counsel and the reasons why such employment is in the best interest of the estate, no objections have been filed, all of which the Court finds to be well taken.

　　**WHEREFORE**, the application of the Trustee is hereby **APPROVED**. Upon concluding work for the Trustee counsel will submit to the Court an itemized statement of time and expense for review and approval.

　　This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CHARLOTTE JENNIFER HIBLER<br>xxx-xx-7466<br>1059 QUARRY ROAD<br>MOUNT JULIET, TN 37122<br><br>     DEBTOR. | CASE NO. 17-01555-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

## CERTIFICATE OF SERVICE

     I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was mailed either electronically or by U.S. mail, postage prepaid to the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203; Debtor, Charlotte Jennifer Hibler, 1059 Quarry Road, Mount Juliet, TN 37122; Debtor's attorney, Alexander S. Koval, 1222 16th Ave. S., Suite 12, Nashville, TN 37212-2926; all secured creditors, the 10 largest scheduled unsecured creditors, as shown on the mailing matrix which is attached to the original of this document and on file in the office of the Clerk of this Court; and to all parties requesting electronic notice via the court's electronic filing system.

     This 30th day of August, 2019.

                                                   Respectfully submitted,

                                                   */s/ John C. McLemore, Trustee*
                                                   John C. McLemore, Trustee
                                                   Tn. Bar No. 3430
                                                   2000 Richard Jones Rd., Ste. 250
                                                   Nashville, TN 37215
                                                   (615) 383-9495 (phone)
                                                   (615) 292-9848 (fax)
                                                   **jmclemore@gmylaw.com**

**Attachments:**

     (1)    Notice of Trustee's Motion to Employ an Attorney to Conduct a Title Search and Real Estate Closing

     (2)    Trustee's Motion to Employ an Attorney to Conduct a Title Search and Real Estate Closing

     (3)    Oath

     (4)    (Proposed) Order to Employ an Attorney to Conduct a Title Search and Real Estate Closing

| | | |
|---|---|---|
| Absolute Rental<br>Attn: Officer Manager or Agent<br>1325 W. Main Street<br>Lebanon TN 37087-3265 | ALEXANDER S KOVAL +<br>ROTHSCHILD & AUSBROOKS, PLLC<br>1222 16TH AVE S<br>SUITE 12<br>NASHVILLE, TN 37212-2926 | Andrea Burnette<br>127 Ashland Drive<br>Ashland City TN 37015-1730 |
| C. Edward Fowlkes, Attorney<br>Attn: Officer Manager or Agent<br>172 Second Ave North<br>Nashville TN 37201-1908 | Capital One<br>Attn: Officer, Manager or Agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | ~~CedarStone Bank~~<br>~~Attn: Officer Manager or Agent~~<br>~~2800 Lebanon Pike~~<br>~~Nashville TN 37214-2506~~ |
| CedarStone Bank<br>PO Box 724<br>Lebanon, TN 37088-0724 | Charlotte Jennifer Hibler<br>1059 Quarry Road<br>Mount Juliet TN 37122-7906 | Chase / Southwest<br>Attn: Officer, Manager or Agent<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 |
| Davidson Co Circuit Court Clerk<br>Attn: Officer Manager or Agent<br>PO Box 196303<br>Nashville TN 37219-6303 | IRS Insolvency<br>801 Broadway Room 285<br>MDP 146<br>Nashville TN 37203-3811 | IRS Insolvency<br>Attn: Officer Manager or Agent<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Lowes/SYNCB/Bankruptcy Dept<br>Attn: Officer<br>PO Box 965060<br>Orlando FL 32896-5060 | Mariner Finance<br>Attn: Officer Manager or Agent<br>4907 Nolensville Rd<br>Nashville TN 37211-5411 | McElaney & McCain, MDs<br>397 Wallace Road #415<br>Nashville TN 37211-8028 |
| Neal and Harwell, PLC<br>ATTN: Bill Ramsey<br>1201 Demonbreun St Ste 1000<br>Nashville TN 37203-5078 | ~~One Main Financial Bankruptcy Personal~~<br>~~PO Box 140489~~<br>~~Irving TX 75014-0489~~ | ROBERT EVANS LEE<br>ATTY FOR CEDARSTONE BANK<br>109 EAST GAY STREET<br>LEBANON TN 37087-3611 |
| US Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington DC 20530-0009 | Wells Fargo Bank N.A.<br>3476 Stateview Blvd<br>Attn: Bankruptcy Department<br>MAC #D3347-014<br>Fort Mill, SC 29715-7203 | Wells Fargo Home Mortgage<br>Attn: Officer<br>PO Box 10335<br>Des Moines IA 50306-0335 |